RECEIVED

JAN 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

RANDY HALL                           CIVIL ACTION NO. 5:13-cv-1116
LA. DOC #539426

VS.                                         SECTION P

                                              JUDGE DONALD E. WALTER

JERRY GOODWIN, ET AL.          MAGISTRATE JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13 day of January, 2014.

*[signature]*

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE